# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| ALI SEGHROUCHNI, on behalf of himself and other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BASCOM'S STEAKHOUSE, INC.,<br><br>And<br><br>FRED B. BULLARD JR., individually<br><br>Defendants. | CIVIL ACTION NO. |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants Bascom's Steakhouse, Inc., and Fred B. Bullard (collectively "Defendants"), by counsel and pursuant to 28 U.S.C. §§1331, 1441(a), and 1446, and Local Rule 1.06, hereby remove this action from the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida to the United States District Court for the Middle District of Florida, Tampa Division. In support of removal, Defendant states:

1. Plaintiff, Ali Seghrouchni, commenced this civil action in the Sixth Judicial Circuit in and for Pinellas County, Florida, Case No. 23-008736-CI, on October 13, 2023, by filing a Complaint on behalf of himself and others similarly situated against Defendants alleging that Defendants violated the Fair Labor Standards Act, as amended, 29 U.S.C. § 201, et. seq. ("FLSA").

2. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a state court

of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

3. This action is properly removable to federal court pursuant to 28 U.S.C. § 1441(a) because Plaintiff's Complaint presents a federal question pursuant to 28 U.S.C. § 1331, as Plaintiff alleges only the violation of a federal statute, the Fair Labor Standards Act of 1938 and its amendments, 29 U.S.C. § 201, et. seq. *See Exhibit A*, ¶ 1-2.

4. Because the conduct alleged in the Complaint relates to Plaintiff's employment with Bascom's in Pinellas County, Florida, all conduct is alleged to have occurred in Pinellas County, Florida, and Plaintiff her Complaint in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, Defendant files this Notice in the Tampa Division of the United States District Court for the Middle District of Florida. *See Exhibit A.*

5. On October 20, 2023, a copy of the Complaint and Summons was delivered via process server to Defendants. Therefore, removal is timely as this Notice is filed within 30 days of service of the Complaint. *See* 28 U.S.C. § 1446(b)

6. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 1.06, copies of all process, pleadings, orders, and other papers currently on file in the state court action, Case No. 23-008736-CI, are attached hereto. *Exhibit A*.

7. Pursuant to 28 U.S.C. § 1446 (d), written notice of the filing of this Notice will be served on Plaintiff, the only current adverse party, and a Notice of Filing of

Removal will also be filed with the Judicial Circuit in and for Pinellas County, Florida. A copy of the Notice of Filing Notice of Removal is attached hereto as *Exhibit B*.

8. Therefore, removal is appropriate pursuant to 28 U.S.C. §§ 1331, 1367, 1441, 1446.

WHEREFORE, Defendants respectfully submits that removal of this action from the Sixth Circuit Court of the Judicial Circuit in and for Pinellas County, Florida to this Court is proper.

Dated this 9th day of November, 2023

        Respectfully submitted,

        **FORDHARRISON LLP**

        */s/ Luis A. Santos*
        Luis A. Santos
        Florida Bar No. 84647
        Christopher C. Johnson
        Florida Bar No. 105262
        cjohnson@fordharrison.com
        lsantos@fordharrison.com
        Melany Hernandez
        Florida Bar No. 1039033
        mhernandez@fordharrison.com
        401 East Jackson Street, Suite 2500
        Tampa, Florida 33602
        Telephone: (813) 261-7800
        Facsimile: (813) 261-7899

        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 9, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Plaintiff's counsel.

Carlos V. Leach, Esquire
T'Keara N. Watson, Esquire
**THE LEACH FIRM, P.A.**
1560 N. Orange Ave., Suite 600
Winter Park, FL 32789
cleach@theleachfirm.com
twatson@theleachfirm.com

*/s/ Luis A. Santos*
Attorney