## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ALI SEGHROUCHNI,

     Plaintiff,

v.                            Case No: 8:23-cv-2568-WFJ-AEP

BASCOM'S STEAKHOUSE, INC.
and FRED B BULLARD, JR ,

     Defendants.

_____/

## ORDER

**UPON DUE AND CAREFUL CONSIDERATION** of the parties'
submissions as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d
1350 (11th Cir. 1982), it is **ORDERED AND ADJUDGED** that the Joint Motion
for Court Approval of Collective Action Settlement Agreement and to dismiss the
case with prejudice (Dkt. 44) is granted.[1] The Court specifically approves the
Notice of Collective Action Settlement attached to the motion as Exhibit 1 and the
parties' settlement agreement attached to the motion as Exhibit 3. The case is
dismissed with prejudice. The Clerk is directed to close this case.

     **DONE** and **ORDERED** in Tampa, Florida on June 13, 2024.


                              _s/*William F. Jung*_____
                              **WILLIAM F. JUNG**
                              **UNITED STATES DISTRICT JUDGE**

**<u>Copies furnished to</u>**:

---

[1] The initial motion filed at docket 40 is hereby denied as moot.

Counsel of Record